CHAMBERS OF

**ALAN H. NEVAS**

DISTRICT JUDGE

TELEPHONE:

203-579-5983

July 29, 2008

Hon. Ortrie D. Smith
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: 2007 Filing

Dear Judge Smith:

I am in receipt of you letter of July 23.

The assets listed at page 8, line 81, and page 9, lines 84-87 were listed in my 2006 filing. (See page 9, lines 98-99 and page 10, line 100).

The funds listed in Part VII, page 5, lines 27 and 28 are part of the American Funds Family, as are the funds listed on page 7, lines 54 and 55.

Very truly yours,

Alan H. Nevas
United States District Judge

AHN:lbb

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>NEVAS, ALAN H | 2. Court or Organization<br><br>U.S. DISTRICT COURT, CONN. | 3. Date of Report<br><br>06/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>915 LAFAYETTE BOULEVARD<br>BRIDGEPORT, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. SECRETARY | JEWISH HOME FOR THE ELDERLY |
| 3. MEMBER OF THE BOARD | ███████ HOMEOWNERS ASSOC. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 JUN 18 A 10: 32
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

$\checkmark$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\checkmark$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

$\checkmark$ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | LINE OF CREDIT | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VORNADO REALTY COMMON STOCK | D | Dividend | L | T | | | | | |
| 2. ███████, LP STAMFORD, CT | C | Rent | J | W | | | | | |
| 3. SPRINGDALE CENTER ASSOC. LP , STAMFORD, CT | C | Rent | J | W | | | | | |
| 4. MATCHCAP-HARBOR VILLAGE, LLC | A | Int./Div. | K | T | | | | | |
| 5. MATCHCAP-SEARS FARM, LLC | A | Int./Div. | K | T | | | | | |
| 6. MATCHCAP-SEARS FARM, LLC | A | Int./Div. | K | T | | | | | |
| 7. SIMS MACKENZIE I, LLC | B | Int./Div. | K | T | | | | | |
| 8. SIMS FOX HILL, LLC | A | Int./Div. | K | T | | | | | |
| 9. FAIRFIELD COUNTY BANK | A | Interest | J | T | | | | | |
| 10. COLONIAL BROADWATER, LP | | None | J | W | | | | | |
| 11. SCM FDG LLC SER 2003 HERON HOUSE E. PJ CORP. BOND | A | Interest | | | SELL | 03/21 | K | B | |
| 12. STAR INTL ACADEMY MICH CTFS MUNI BOND | B | Interest | K | T | | | | | |
| 13. MONROE CNTY DEV AGY CIVIC MUNI BOND | B | Interest | K | T | | | | | |
| 14. SIMS FREEDOM BAY LLC TAXABLE BOND | B | Interest | J | T | | | | | |
| 15. SIMS BENCHMARK I LLC TAXABLE BOND | B | Interest | K | T | | | | | |
| 16. SIMS BENCHMARK II SER 2005 TAXABLE BOND | B | Interest | J | T | | | | | |
| 17. SIMS EVERGREEN REV TAXABLE BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALLIANCE/FEDERATED CAPITAL RESERVES MM | A | Interest | J | T | | | | | part of brokerage acct. - |
| 19. | | | | | | | | | |
| 20. IRA # 1 | C | Dividend | N | T | | | | | |
| 21. | C | Interest | | | | | | | |
| 22. | D | Distribution | | | | | | | |
| 23. - KOREA FUND INC. | | | | | SELL | 01/02 | K | B | |
| 24. - CALAMOS GROWTH FND CL C | | | | | BUY | 04/17 | J | | |
| 25. | | | | | PARTIAL SALE | 11/27 | K | C | |
| 26. - CALAMOS MARKET NEUTRAL INC FND | . | | | | BUY | 11/27 | K | | |
| 27. - CAPITAL INCOME BUILDER FUND CL C | | | | | PARTIAL SALE | 04/17 | K | A | |
| 28. - CAPITAL WORLD GROWTH & INCOME FUND CL C | | | | | | | | | |
| 29. - COHEN & STEERS INTL RLTY FND | | | | | BUY | 04/17 | J | | |
| 30. | | | | | PARTIAL SALE | 11/27 | J | B | |
| 31. - FEDERATED MARKET OPPORTUNITY FUND CL C | | | | | SELL | 04/17 | K | A | |
| 32. - LEGG MASON EMERGING MKT TR | | | | | BUY | 04/17 | K | | |
| 33. - LOOMIS SAYLES STRATEGIC INCOME FUND CL C | | | | | SELL | 05/21 | K | B | |
| 34. - LOOMIS SAYLES INVEST. GR BND FND | | | | | BUY | 05/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TEMPLETON GLOBAL BOND FUND CL C | | | | | | | | | . |
| 36. - VAN ECK FDS GLOBAL HARD ASSETS FUND CL C | | | | | PARTIAL SALE | 11/27 | J | C | |
| 37. - VAN ECK INTL. GOLD FUND CL C | | | | | BUY | 11/27 | J | | |
| 38. - HSBC FINANCE CORP. BOND | | | | | | | | | |
| 39. - TREASURY BANK, NA CD | | | | | SELL | 08/06 | J | A | |
| 40. - VOLKSWAGEN BANK USA CD | | | | | | | | | |
| 41. - BMW BANK OF NA CD | | | | | | | | | |
| 42. - SAFRA NATIONAL BANK NY CD | | | | | | | | | |
| 43. - FIRSTBANK OF PUERTO RICO CD | | | | | | | | | |
| 44. - COLE TAYLOR BANK IL CD | | | | | | | | | |
| 45. - HUNTINGTON NATIONAL BANK OHIO CD | | | | | | | | | |
| 46. - BANK DEPOSIT PROGRAM CITIBANK NA | | | | | | | | | END IRA # 1 |
| 47. | | | | | | | | | |
| 48. IRA # 2 | B | Interest | M | T | | | | | |
| 49. | B | Dividend | | | | | | | |
| 50. | C | Distribution | | | | | | | |
| 51. - CALAMOS GROWTH & INCOME FUND CLASS C | | | | | SELL | 04/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - CALAMOS GROWTH FUND CL C | | | | | BUY | 11/27 | J | | |
| 53.   - CALAMOS MRKT NEUTRAL INC FND | | | | | BUY | 11/27 | J | | |
| 54.   -CAPITAL INCOME BUILDER FUND CLASS C | | | | | | | | | |
| 55.   - CAPITAL WORLD GROWTH & INCOME FUND CLASS C | | | | | | | | | |
| 56.   - COHEN & STEERS INTL RLTY FND | | | | | BUY | 04/18 | J | | |
| 57. | | | | | PARTIAL SALE | 11/27 | J | A | |
| 58.   - FEDERATED MARKET OPPORTUNITY FUND CL C | | | | | SELL | 04/18 | J | A | |
| 59.   - LOOMIS SAYLES STRATEGIC INCOME FUND CLASS C | | | | | SELL | 05/21 | J | A | |
| 60.   - LOOMIS SAYLES INV. GRADE BND FND | | | | | BUY | 05/21 | J | | |
| 61.   - TEMPLETON GLOBAL BOND FUND CLASS C | | | | | | | | | |
| 62.   - VAN ECK FDS GLOBAL HARD ASSETS FUND CL C | | | | | PARTIAL SALE | 11/27 | J | C | |
| 63.   - VAN ECK INTL INV. GOLD FND | | | | | BUY | 11/27 | J | | |
| 64.   - TREASURY BANK, NA CD | | | | | SELL | 08/06 | J | A | |
| 65.   - BMW BANK OF NA CD | | | | | | | | | |
| 66.   - FIRSTBANK OF PUERTO RICO CD | | | | | | | | | |
| 67.   - COLE TAYLOR BANK IL CD | | | | | | | | | |
| 68.   - HUNTINGTON NATL BANK OHIO CD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - CITIBANK NA BANK DEPOSIT PROGRAM | | | | | | | | | END IRA # 2 |
| 70. | | | | | | | | | |
| 71.  STAR INTL ACADEMY MICH CTFS PARTN MUNI BOND | A | Interest | J | T | | | | | |
| 72.  MONROE CNTY NY INDL DEV AGY CIVIC FAC MUNI BOND | A | Interest | J | T | | | | | |
| 73.  WEST TEXAS DETENTION FAC CORP MUNI BOND | A | Interest | | | SELL | 02/01 | J | A | |
| 74.  ALLIANCE/FEDERATED  CAP RES MM | A | Dividend | J | T | | | | | part of brokerage acct. |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77.  ALLIANZ NFJ DIVIDEND VALUE FUND CLASS C | A | Dividend | K | T | | | | | |
| 78.  ANADARKO PETROLEUM CORP. COMMON STOCK | A | Dividend | | | SELL | 01/04 | K | E | |
| 79.  BANKNORTH CAP TR II PREFERRED STOCK | B | Interest | | | SELL | 06/29 | K | A | |
| 80.  BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | | | | | |
| 81.  BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | L | T | | | | | |
| 82.  BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | | | | | |
| 83.  BOSTON PROPERTIES INC. COMMON STOCK | A | Distribution | | | SELL | 10/16 | J | D | |
| 84.  CAPITAL INCOME BUILDER FUND CLASS C | A | Dividend | K | T | | | | | |
| 85. | A | Dividend | K | T | BUY | 01/04 | K | | ADDITIONAL PURCHASE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | J | T | BUY | 10/16 | J | | ADDITIONAL PURCHASE |
| 87. CHEVRON TEXACO CORP. COMMON STOCK | B | Dividend | | | SALE | 01/12 | K | E | |
| 88. CHEVRON TEXACO CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 89. COMMERCE BANCORP COMMON ST | A | Dividend | J | T | BUY | 07/03 | J | | |
| 90. DIAMOND OFFSHORE COMMON STOCK | C | Dividend | K | T | | | | | |
| 91. DOMINION CNG CAP TR I 7.8% PREFERRED STOCK | A | Interest | | | SELL | 08/08 | J | A | |
| 92. EVERGREEN PRECIOUS METALS FUND CLASS C | B | Distribution | K | T | | | | | |
| 93. EVERGREEN PRECIOUS METALS FUND CLASS C | B | Distribution | J | T | BUY | 05/21 | J | | |
| 94. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 95. FIRST ISRAEL FD INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 96. HDFC BANK LTD ADR | | None | K | T | BUY | 12/26 | K | | |
| 97. TD BANKNORTH COMMON STOCK | A | Dividend | | | SELL | 04/20 | K | E | |
| 98. COHEN & STEERS INTL RLTY FND | | None | | | BUY | 04/17 | K | | |
| 99. | | | | | SELL | 12/26 | K | A | |
| 100. LOOMIS SAYLES INV. GRD BND FND | B | Dividend | L | T | BUY | 05/21 | L | | |
| 101. LOOMIS SAYLES STRATEGIC INCOME FUND CL C | A | Dividend | | | SELL | 05/21 | K | A | |
| 102. LOOMIS SAYLES STRATEGIC INCOME FUND CL C | A | Dividend | | | SELL | 05/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LOOMIS SAYLES STRATEGIC INCOME FUND CL C | A | Dividend | | | SELL | 05/21 | K | B | |
| 104. MARATHON OIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 105. ORASCOM TELECOM GDR REG | | None | J | T | BUY | 07/06 | J | | |
| 106. PEPSICO INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 107. PIMCO ALL ASSET FUND CL C MUTUAL FUND | A | Dividend | | | SELL | 03/06 | J | A | |
| 108. PIMCO TOTAL RETURN FUND CLASS C | A | Dividend | | | SELL | 04/17 | K | A | |
| 109. PROCTER & GAMBLE CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 110. WALGREEN CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 111. CALAMOS GROWTH FND CL C | C | Distribution | K | T | BUY | 01/04 | K | | |
| 112. | B | Distribution | K | T | BUY | 01/12 | K | | |
| 113. | B | Distribution | J | T | BUY | 07/20 | J | | |
| 114. TEMPLETON GLOBAL BOND FUND CLASS C | A | Dividend | J | T | BUY | 07/20 | J | | |
| 115. TEMPLETON GLOBAL BOND FUND CLASS C | A | Dividend | K | T | | | | | |
| 116. TEMPLETON GLOBAL BOND FUND CLASS C | A | Dividend | K | T | | | | | |
| 117. TEMPLETON GLOBAL BOND FUND CLASS C | A | Dividend | J | T | | | | | |
| 118. REGIONAL SCH DIST NO 17 CONN G/O BOND | A | Interest | K | T | | | | | |
| 119. CONN ST SPECIAL TAX OBLIG BOND | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CT STATE G/O SER B MUNI BOND | A | Interest | K | T | | | | | |
| 121. CT STATE G/O SER A DD 3/1/04 MUNI BOND | B | Interest | K | T | | | | | |
| 122. COLCHESTER CT MUNI BOND | B | Interest | K | T | | | | | |
| 123. CONN ST G/O SER B DD 4/8/04 MUNI BOND | A | Interest | K | T | | | | | |
| 124. CORNWALL CT G/O MUNI BOND | A | Interest | J | T | | | | | |
| 125. UNIVERSITY CONN RFDG - SER A MUNI BOND | B | Interest | K | T | | | | | |
| 126. BANK DEPOSIT PROGRAM CITIBANK | A | Int./Div. | J | T | | | | | BROKERAGE MM |
| 127. | | | | | | | | | |
| 128. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | | | | | |
| 129. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | | | | | |
| 130. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | | | | | |
| 131. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | J | T | | | | | |
| 132. BLACKROCK GLOBAL ALLOC. FND CL C | A | Dividend | J | T | BUY | 07/27 | J | | |
| 133. BLACKROCK GLOBAL ALLOC. FND CL C | A | Dividend | J | T | BUY | 10/17 | J | | |
| 134. BLACKROCK GLOBAL ALLOC. FND CL C | A | Dividend | J | T | BUY | 10/19 | J | | |
| 135. VERIZON 7.375 PFD CORP. BACKED TRUST CERT. | A | Interest | | | SELL | 10/09 | J | A | |
| 136. DTE ENERGY TRUST I 7.8% PREFERRED STOCK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DOMINION CNG CAP TR PREFERRED STOCK | A | Interest | | | SELL | 08/08 | J | A | |
| 138. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 139. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 140. GENERAL ELECTRIC CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 141. HDFC BANK LTD ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 142. HEALTHCARE REALTY TR INC. COMMON STOCK | B | Dividend | | | SELL | 07/27 | J | A | |
| 143. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 144. PEPSICO INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 145. PROCTER & GAMBLE CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 146. SIMON PROPERTY GROUP COMMON STOCK | A | Dividend | | | SELL | 10/17 | J | B | |
| 147. SIMON PROPERTY 6.0% PREFERRED STOCK | A | Interest | | | SELL | 10/17 | J | A | |
| 148. ALLIANZ NFJ DIV. VALUE FUND | B | Dividend | K | T | | | | | |
| 149. CALAMOS GROWTH FND CL B | B | Distribution | J | T | BUY | 01/12 | J | | |
| 150. LEGG MASON EMERGING MARKET TR MUT. FUND | B | Dividend | J | T | | | | | |
| 151. LEGG MASON EMERGING MARKET TR MUT. FUND | B | Dividend | J | T | BUY | 02/14 | J | | |
| 152. LOOMIS SAYLES INV GRADE BND FND | A | Dividend | K | T | BUY | 05/21 | J | | |
| 153. LOOMIS SAYLES STRATEGIC INCOME FUND | A | Dividend | | | SELL | 05/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. LOOMIS SAYLES STRATEGIC INCOME FUND | A | Dividend | | | SELL | 05/21 | J | A | |
| 155. LOOMIS SAYLES STRATEGIC INCOME FUND | A | Dividend | | | SELL | 05/21 | J | A | |
| 156. PIMCO ALL ASSET FUND | A | Dividend | | | SELL | 03/13 | J | A | |
| 157. TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | | | | | |
| 158. TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | | | | | |
| 159. TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. CT ST SPL TAX OBLIG BOND | A | Interest | J | T | | | | | |
| 162. TORRINGTON CT MUNI BOND | A | Interest | J | T | | | | | |
| 163. CT ST G/O REF SER B BOND | A | Interest | J | T | | | | | |
| 164. COLCHESTER CT MUNI BOND | A | Interest | J | T | | | | | |
| 165. CORNWALL CT MUNI BOND | A | Interest | J | T | | | | | |
| 166. CITIGROUP BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. THE FAIRHOLME FUND | A | Dividend | J | T | BUY | 01/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 06/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544